# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREN JONES,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 76258

**FILED**

JUL 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant filed a notice of appeal on June 25, 2018. The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the district court order transferring jurisdiction entered on May 24, 2018, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_Pickering_ , J.
Pickering

_Gibbons_ J.
Gibbons

_Hardesty_ , J.
Hardesty

18-27264

cc: Hon. Linda Marie Bell, District Judge
Darren Jones
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A